IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RSL FUNDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action NO. H-13-2058 |
| | § | |
| JERRY M. GREEN, | § | |
| | § | |
| | § | |
| Defendant, | § | |
| | § | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Intervenor. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation, the objections thereto, and the response to the objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 9th day of July, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE